

## ABSTRACT OF JUDGMENT

**CLERK'S OFFICE
DETROIT**

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.   The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.   If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Jesse J. Swanson<br>515 Monroe Street<br>Ypsilanti, MI 48197<br>SS#: XXX-XX-0183 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $4,903.20 plus costs, interest, and surcharge if applicable. | CRAIG S. SCHOENHERR, SR. (P32245)<br>Attorney for the United States<br>12900 Hall Road, Suite 350<br>Sterling Heights, MI 48313<br>(586) 726-1000 | Nancy G. Edmunds<br>99-75522<br>December 22, 1999 |
|  |  |  |

| UNITED STATES OF AMERICA, | CLERK'S OFFICE | UNITED STATES DISTRICT COURT FOR THE EASTERN   DISTRICT OF   MICHIGAN<br>SS. |
|---|---|---|

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

**Drafted by and return to:**
Craig S. Schoenherr, Sr.
Attorney for the United States
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
(586) 726-1000

Date, _____ AUG - 8 2013 _____, 2013

_____ DAVID J. WEAVER _____, Clerk.

By_____, Deputy Clerk.